EDWARD H. TITUS, Respondent, *v.* LOU C. WALLICK, Appellant.

(Argued June 9, 1932; decided July 19, 1932.)

*James F. Donnelly, Mark Eisner, Samuel Michelman* and *Victor S. Gettner* for appellant.

*Thomas I. Sheridan, Lewis F. Glaser, Aaron Frank* and *Philip Warren* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.